EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 31 2002

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00333 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. § 841] |
| JAMES HEFFELFINGER, ) | |
| Defendant. ) | |

INDICTMENT

Count 1:

The Grand Jury charges:

On or about May 17, 2002, in the District of Hawaii, **JAMES HEFFELFINGER**, did knowingly and intentionally possess, with intent to distribute, and distribute, in excess of fifty (50) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Count 2:

The Grand Jury further charges:

On or about June 5, 2002, in the District of Hawaii, **JAMES HEFFELFINGER**, did knowingly and intentionally possess, with intent to distribute, and distribute, in excess of five (5) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: Honolulu, Hawaii, 7/31/02.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. James Heffelfinger
"Indictment"
Cr. No.